# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AYASHA GAY-HUBBARD,**<br>       **Plaintiff,** | **CIVIL ACTION** |
| v. | No. 15-2273 |
| **AUS MARKETING RESEARCH SYSTEMS, INC.,**<br>       **Defendant.** | |

# ORDER

**AND NOW,** this 10th day of November, 2015, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**